IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 00-60539
_____

AUSTREBERT ZAVALA-ALVARES,
also known as Austreberto Zavala,

Petitioner,

versus

JOHN ASHCROFT,
ATTORNEY GENERAL,

Respondent.

--------------------
Petition for Review of an Order of the
Board of Immigration Appeals
BIA No. A91-200-775
--------------------
March 7, 2002

Before REAVLEY, WIENER, and PARKER, Circuit Judges.

PER CURIAM:[*]

Austrebert Zavala-Alvares petitions for review of an order of the Board of Immigration Appeals (BIA) holding that Zavala-Alvares' state conviction for felony driving while intoxicated was an aggravated felony warranting his removal from this country.  The respondent and Zavala-Alvares have filed a joint motion to remand the case to the BIA for reconsideration in light of United States v. Chapa-Garza, 243 F.3d 921, 927 (5th Cir.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

2001).  Both parties also move to withdraw the respondent's motion to dismiss.

Zavala-Alvares' petition for review is GRANTED.  The order of the BIA is VACATED, and this case is REMANDED to the BIA for disposition consistent with <u>Chapa-Garza</u>, 243 F.3d at 927.  All other outstanding motions are DENIED.